UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL PASA, individually and
on behalf of all others similarly
situated,

       Plaintiff,

v.                                                           Case No: 2:25-cv-441-SPC-DNF

LA TORRES SPECIALTIES,
LLC, and RICARDO TORRES,
individually,

       Defendants.

---

## **ORDER**

Before the Court is Defendant Ricardo Torres' Suggestion of Bankruptcy. (Doc. 26). Torres says that he filed for bankruptcy on March 30, 2026. (*Id.* at 1). Torres suggests that this action "has been stayed by the operation of 11 U.S.C. § 362." (*Id.*).

"The clear language of [11 U.S.C. § 362], however, only stays the action automatically against a debtor." *Jerome v. Hertz Corp.*, No. 2:12-CV-610-FTM, 2013 WL 6815907, at *1 (M.D. Fla. Dec. 24, 2013) (citations omitted). That said, judicial economy counsels in favor of extending the stay to the entire case. Torres is the owner and manager of the sole non-debtor Defendant La Torres Specialties, LLC. (Doc. 1 ¶ 4). And from reviewing the parties' initial

pleadings, the liabilities of the Defendants appear to be "intertwined" with each other. *Jerome*, 2013 WL 6815907, at *3. So the Court extends the stay to both Defendants in accordance with 11 U.S.C. § 362(a).

The Court will require Defendant Torres to provide it with status updates on the bankruptcy proceedings every 90 days until the bankruptcy proceedings conclude. In addition, Defendant Torres must notify the Court when the bankruptcy proceedings conclude.

Accordingly, it is now **ORDERED:**

1. This case is **STAYED**.

2. Plaintiff Manuel Pasa may file his objection, if any, to this Order on or before **April 8, 2026**.

3. Defendant must provide the Court with a status update on or before June 19, 2026, and every **ninety days** thereafter.

4. Defendant Torres must notify the Court, in writing, within **seven days** of the bankruptcy proceedings concluding.

5. The Clerk is **DIRECTED** to add a stay flag to the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 1, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2